916

*Greenberg* and *Frank D. Reeves* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 456. SCHMIDT *v.* SHELL ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. *James W. Harvey* for petitioner. *Ingemar E. Hoberg* for respondents.

No. 459. LOPIPARO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Sidney M. Glazer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 461. GEROSA (SUBSTITUTED FOR JOSEPH), COMPTROLLER OF THE CITY OF NEW YORK, ET AL. *v.* UNITED PIECE DYE WORKS. Supreme Court of New York, New York County. Certiorari denied. *Stanley Buchsbaum* for petitioners. *Wilbur H. Friedman* for respondent.

No. 462. SIGURDSON *v.* LANDON ET AL. C. A. 9th Cir. Certiorari denied. *Harry Wolpin* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondents.

No. 467. SCHIFFMAN *v.* WILKINSON, WARDEN. C. A. 9th Cir. Certiorari denied. *Moses Polakoff* and *Sheldon Lowe* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.